CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2011 NOV -8  AM 10: 15

DEPUTY CLERK_____

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| BILLY WAYNE OWENS, | § § § | |
| Petitioner, | § § | |
| v. | § § | 2:11-CV-235 |
| RICK THALER,<br>Director, Texas Dep't of Criminal Justice,<br>Institutional Division, | § § § § | |
| Respondent. | § § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION
### and DISMISSING PETITION FOR A WRIT OF HABEAS CORPUS

Petitioner has filed with this Court a form petition for a writ of habeas corpus. On October 13, 2011, the United States Magistrate Judge issued a Report and Recommendation in this cause, recommending therein that the petition for a writ of habeas corpus be dismissed. As of this date, no objections to the Report and Recommendation have been filed.

The undersigned United States District Judge has made an independent examination of the record in this case. The Magistrate Judge's Report and Recommendation is hereby ADOPTED. Accordingly, the petition for a writ of habeas corpus filed by petitioner is DISMISSED.

IT IS SO ORDERED.

ENTERED this _____ day of _____ 2011.

MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE